IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50074
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHARLES RAY WATERS, SR.,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. 94-CR-342-1
- - - - - - - - - -
(March 31, 1995)

Before DUHÉ, WIENER and STEWART, Circuit Judges.

PER CURIAM:[*]

Charles Ray Waters, Sr., filed an appeal from an order of the district court revoking bond pending sentencing. On remand, the district court issued an order reinstating the bond and releasing Waters from custody. In view of the disposition, the appeal is moot; therefore, it is DISMISSED.

_____

[*]   Local Rule 47.5 provides:  "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession."  Pursuant to that Rule, the court has determined that this opinion should not be published.